## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Baltimore Life Insurance Company | 0 | |
| **PLAINTIFF** | 0 | |
| v | 0 | CASE NO.: 1:16-cv-02773-MJG |
| Deborah Purnell, et al. | 0 | |
| **DEFENDANT(S)** | 0 | |

### REQUEST FOR REASONABLE ATTORNEY'S FEES

**NOW COMES** Henry Bond, Jr., hereinafter referred to as Defendant "Bond," by and through his attorney, Russell A. Neverdon, Sr. and the Law Office of Russell A. Neverdon, Sr., LLC, and hereby requests that this Honorable Court grant him an extension to file a claim against the policy that is the subject of the above-captioned matter, and in support thereof, states as follows:

1. That Defendant "Bond" recently retained Russell A. Neverdon, Sr. and the Law Office of Russell A. Neverdon, Sr., LLC to represent his interests in the above-captioned matter.

2. That Defendant "Bond," subsequent paying an initial Retainer, agreed to enter into a contingency contract with counsel.

**WHEREFORE**, Defendant "Bond" respectfully prays:

A. That this Honorable Court Grant this Request for Reasonable Attorney's Fees;

B. That this Honorable Court award Russell A. Neverdon, Sr., and the Law Office of Russell A. Neverdon, Sr., LLC any and all reasonable attorney's fees that the nature of this action may require.

C. That Defendant "Bond" be awarded any such other and further remedies that the nature of this action may require.

                                                            /S/

Russell A. Neverdon, Sr., Esquire
Federal ID No.: 25949
Law Office of Russell A. Neverdon, Sr., LLC
711 Saint Paul Street, Ground Floor
Baltimore, Maryland 21202
Office: (410) 235-2184
Facsimile: (410) 235-4000
Neverdon@me.com
**ATTORNEY FOR DEFENDANT HENRY BOND, JR.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| Baltimore Life Insurance Company | 0 | |
|---|---|---|
| | 0 | |
| **PLAINTIFF** | 0 | |
| | 0 | |
| v | 0 | CASE NO.: 1:16-cv-02773-MJG |
| | 0 | |
| Deborah Purnell, et al. | 0 | |
| | 0 | |
| **DEFENDANT(S)** | 0 | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of April, 2017, a copy of the foregoing Request for Reasonable Attorney's Fees was electronically filed and forwarded to the following:

Charles F. Gormly, Esq.
Law Office of Charles F. Gormly
5101 Wisconsin Ave., NW, Ste. 210
Washington, DC 20016
cfgormly@earthlink.net

Carrie O'Brien, Esq.
Franklin & Prokopik, P.C.
2 N. Charles Street, Ste. 600
Baltimore, Maryland 21201
cobrien@fandpnet.com

Marc Andrew Campsen, Esq.
Wright, Constable & Skeen, LLP
100 N. Charles St., 16th Floor
Baltimore, Maryland 21201
mcampsen@wcslaw.com

/S/
Russell A. Neverdon, Sr., Esquire
Federal ID No.: 25949
Law Office of Russell A. Neverdon, Sr., LLC
711 Saint Paul Street, Ground Floor
Baltimore, Maryland 21202
Office: (410) 235-2184
Facsimile: (410) 235-4000
Neverdon@me.com
**ATTORNEY FOR DEFENDANT HENRY BOND, JR.**