Wright, Constable & Skeen, L.L.P.    |    Attorneys at Law
7 Saint Paul Street, 18th Floor · Baltimore, Maryland 21201-3812
Phone: 410-659-1300 · Fax: 410-659-1350

**MARC A. CAMPSEN**
Writer's Direct Dial / Email:
(410) 659-1343 /
mcampsen@wcslaw.com

June 28, 2017

Honorable Marvin J. Garbis
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

      Re:    *The Baltimore Life Insurance Company v. Deborah Purnell, et al.*
              Case No. 1:16-cv-02773-MJG

Dear Judge Garbis:

      Baltimore Life submits this correspondence pursuant to the Court's June 22, 2017, letter Order directing the parties to set forth their respective interests in the interpleader funds in the above-referenced matter. Although Baltimore Life is a disinterested stakeholder with no interest in the interpleader funds, it submitted a Motion for Attorneys' Fees. To date, Baltimore Life has incurred $2,993.00 in attorneys' fees and $616.25 in costs, for a total of $3,609.25 (or 23% of the interpleader funds). A true and accurate copy of the billing invoices submitted to Baltimore Life from Wright, Constable & Skeen, LLP are attached as **Exhibit 1**. Baltimore Life requests the Court grant it's Motion for Attorneys' Fees and award the reasonable attorneys' fees and costs set forth in Exhibit 1.

                                            Respectfully submitted,

                                            Marc A. Campsen

Enclosure